UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL (KATHERINE WREN
KATZENJAMMER) YOUNG, RICHARD
YOUNG,

                              Plaintiffs,

        v.

PATRICK PENA, et al.,

                              Defendants.

CASE NO. 2:18-cv-01007-JLR

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

The applications of Plaintiffs Daniel (Katherine Wren Katzenjammer) Young and

Richard Young (Dkt. 1) are **GRANTED**. Plaintiffs may proceed without prepayment of costs or

fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiffs.

DATED this 11th day of July, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge