UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL YOUNG, et al.,<br><br>                       Plaintiffs,<br><br>    v.<br><br>PATRICK E. PENA,<br><br>                       Defendants. | CASE NO. C18-1007JLR<br><br>ORDER GRANTING EXTENSION |

Before the court is Plaintiffs Daniel Young and Richard Young's (collectively, "Plaintiffs") motion for reconsideration of the court's order that granted them a 21-day extension in which to file their summary judgment response rather than the 60-day extension that they requested. (MFR (Dkt. # 31); *see also* 4/8/19 Order (Dkt. # 30).) In the present motion, Plaintiffs request an additional two-week extension in which to respond to Defendants Patrick Pena, Nicolas Sturlaugson, Travis Hauri, David Johnson, City of Bellingham, and Does 1-200's (collectively, "Defendants") pending summary judgment motion. (MFR at 4; *see also* MSJ (Dkt. # 11).) The court therefore construes

ORDER - 1

Plaintiffs' motion as a motion for an extension of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) instead of a motion for reconsideration pursuant to Federal Rule of Civil Procedure 60.

Plaintiffs represent that they need this extension in part because the wife of Plaintiffs' counsel is undergoing surgery on April 15, 2019, the same day that Plaintiffs' summary judgment response is due. (MFR at 3; 4/8/19 Order at 4.) For this reason, the court finds good cause to EXTEND Plaintiffs' summary judgment response deadline to April 22, 2019. *See* Fed. R. Civ. P. 6(b)(1)(A). The court also DIRECTS the Clerk to renote Defendants' summary judgment motion (Dkt. # 11) to April 26, 2019, on which date Defendants' summary judgment reply is due. *See* Local Rules W.D. Wash. LCR 7(d)(3).

In granting this extension, however, the court again notes that Plaintiffs' counsel, Lawrence Hildes, should seek help in litigating this case. (*See* 4/8/19 Order at 3.) This is now Plaintiffs' fourth extension to respond to Defendants' pending summary judgment motion. (*See generally id.*) The court is unlikely to grant any further extension.

Dated this 15th day of April, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2