UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL YOUNG, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>PATRICK E. PENA, et al.,<br><br>      Defendants. | CASE NO. C18-1007JLR<br><br>MINUTE ORDER REASSIGNING CASE |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This action has been assigned to the Honorable James L. Robart, United States District Judge.

It appearing from the files and records herein that this is an appropriate matter to refer to a full-time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rules W.D. Wash. MJR 6 and Western District of Washington Amended General Order No. 02-19, now therefore,

MINUTE ORDER - 1

1 | IT IS ORDERED that the above-entitled action be referred to the Honorable
2 | Michelle L. Peterson, who is directed and empowered to conduct hearings and make any
3 | further necessary orders consistent with the Local Rules and the instructions of the
4 | District Judge to whom the case is assigned. All future documents filed in this case must
5 | bear the cause number C18-1007JLR-MLP.

Filed and entered this 23rd day of May, 2019.

                                        WILLIAM M. MCCOOL
                                        Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk