UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL YOUNG,

        Plaintiff,

v.

PATRICK E. PENA,

        Defendant.

Case No. C18-1007-JLR-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court has set oral argument in the above-captioned matter for **Tuesday, June 18, 2019 at 10:00 a.m. in Courtroom 12A**. Each side will have up to 15 minutes to present argument. To assist the parties in their preparation, the Court is interested in having the following issues addressed in argument:

> Assuming Plaintiffs' version of the facts with respect to Ms. Katzenjammer's conduct immediately prior to Officer Pena's first deployment of the taser, what clearly established law shows that the officers are not entitled to qualified immunity?

> What clearly established law prohibits a police officer from photographing the body of an unconscious suspect, without their consent, who has been hospitalized following a use of force incident with police but who is not under arrest?

MINUTE ORDER - 1

This list is not meant to preclude counsel from addressing other issues as they deem appropriate.

Dated this 13th day of June, 2019.

William M. McCool<br>
Clerk of Court

By: Tim Farrell<br>
Deputy Clerk

MINUTE ORDER - 2