UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL AND RICHARD YOUNG, *et al.*,

    Plaintiffs,

v.

PATRICK PENA, *et al.*,

    Defendants.

Case No. 2:18-cv-1007-JLR-MLP

ORDER

This matter comes before the Court upon the parties' joint motion to continue the trial date, as well as the declaration of Shane Brady. (Dkt. ## 54-55.) The parties request an extension of the trial date from January 2020 to July or August 2020, along with an extension of all related discovery deadlines. (Dkt. # 54.)

Having reviewed the parties' submissions, the balance of the record, and being fully advised, the Court GRANTS the parties' motion IN PART and DENIES it in part. Specifically, the Court extends the discovery cutoff from September 16, 2019 to **October 4, 2019** to allow additional time for the parties to complete all depositions. The parties are advised that witnesses who have not been made available for depositions will not be permitted to testify at trial. In

ORDER - 1

addition, the Court directs the parties to participate in a telephonic status conference with the Court on **Wednesday, September 18, 2019 at 11:00 a.m.**

The parties' request for extensions of the other deadlines set forth in the Court's Scheduling Order (dkt. # 10) is DENIED. All other deadlines previously set by the Court, including the January 13, 2020 trial date, remain in effect.

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 4th day of September, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge