# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL YOUNG et al., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK E. PENA et al., <br><br> Defendant. | CASE NO. C18-1007 JLR-MLP <br><br> **MINUTE ORDER** |

The following minute order is made at the direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge. The Court having been notified by the parties of their unavailability for the September 23, 2019 telephone conference and the parties having conferred, the Court hereby directs the telephone conference be continued to Friday September 27, 2019 at 11:00 AM. The parties are directed to call the conference call bridge at 206-370-8748 and use passcode; 123456 by 10:50 AM on the day of the telephone conference.

DATED this 12th day of September, 2019.

WILLIAM M. MCCOOL
Clerk of Court

/s/AGALELEI ELKINGTON
Deputy Clerk

MINUTE ORDER - 1