**HONORABLE JUDGE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL (KATHERINE WREN KATZENJAMMER) YOUNG and RICHARD YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK E. PENA, individually and in his official capacity as an officer of the Bellingham Police Department; NICHOLAS STURLAUGSON, individually and in his official capacity as an officer of the Bellingham Police Department; TRAVIS HAURI, individually and in his capacity as a crime scene investigator of the Bellingham Police Department; DAVID JOHNSON, Individually and in his capacity as a sergeant of the Bellingham Police Department; CITY OF BELLINGHAM; and DOES 1-200;<br><br>Defendants. | NO. C18-1007JLR<br><br>**NOTICE OF WITHDRAWAL** |

**TO:** Clerk of the Court

**AND TO**: Lawrence Hildes, Attorney for Plaintiffs

NOTICE OF WITHDRAWAL - 1
2:18-cv-1007JLR

**City of Bellingham**
CITY ATTORNEY
210 Lottie Street
Bellingham, Washington 98225
Telephone (360) 778-8270

**YOU AND EACH OF YOU** are hereby notified that Shane P. Brady of the City of Bellingham withdraws from representing Defendant City of Bellingham immediately. Michael E. Good of the City of Bellingham will be representing Defendant City of Bellingham, as set forth in his Notice of Appearance on file herein. This notice is given pursuant to LCR 83.2(b)(2).

Respectfully submitted this 23rd day of July, 2021.

**CITY OF BELLINGHAM**

/s/ Shane P. Brady
Shane P. Brady, WSBA# 34003
Assistant City Attorney
Attorney for Defendants
210 Lottie Street
Bellingham, WA  98225
Telephone:  360-778-8270
Facsimile:  360-778-8271
sbrady@cob.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Lawrence A. Hildes:        lhildes@earthlink.net

**CITY OF BELLINGHAM**

/s/ Julie A. Steele
Julie A. Steele
Paralegal

NOTICE OF WITHDRAWAL - 2
2:18-cv-1007JLR

City of Bellingham
CITY ATTORNEY
210 Lottie Street
Bellingham, Washington  98225
Telephone (360) 778-8270